IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOE ANNA KELLY, individually, and as next of kin for BILLY JOE VAUGHN, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) CAUSE NO. 3:14-cv-01804 ) |
| SAVASENIORCARE, LLC, a Delaware Limited Liability Company, and SSC NASHVILLE OPERATING COMPANY, LLC, a Delaware Limited Liability Company, both d/b/a GREENHILLS HEALTH AND REHABILITATION CENTER, | ) Judge Nixon ) ) Magistrate Judge Brown ) ) ) ) |
| Defendants. | ) |

## AGREED ORDER OF DISMISSAL OF CERTAIN DEFENDANTS

It appearing to the Court, as evidenced by the signatures of counsel for the interested parties, Joe Anna Kelly, individually, and as next of kin of Billy Joe Vaughn, the plaintiff, and SavaSeniorCare, LLC, and SSC Nashville Operating Company LLC, a Delaware Limited Liability Company, the defendants, that the interested parties have agreed to dismiss SavaSeniorCare, LLC, from this cause of action.

IT IS THEREFORE ORDERED AND ADJUDGED, that the above-styled and numbered cause is hereby dismissed with prejudice as to any and all claims against defendant SavaSeniorCare, LLC.

SO ORDERED AND ADJUDGED, this the 13 day of January, 2015.

_____
JOHN T. NIXON
United States District Judge

**EXHIBIT 1**