IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOE ANNA KELLY, individually, and as next of kin for Billy Joe Vaughn, ) ) ) | |
| Plaintiff, ) ) | |
| ) | No. 3:14-cv-01804 |
| v. ) ) | |
| ) | Judge Nixon |
| SSC NASHVILLE OPERATING COMPANY, ) | Magistrate Judge Brown |
| LLC, d/b/a Greenhills Health and ) | JURY DEMAND |
| Rehabilitation Center, ) ) | |
| Defendant. ) | |

## ORDER

Upon the parties' signed Joint Stipulation of Dismissal with Prejudice (Doc. No. 46), this case is hereby **DISMISSED with prejudice,** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). All deadlines and hearings in this matter are **CANCELLED**. The Clerk of the Court is **DIRECTED** to close this case.

Entered this the 26th day of January, 2016.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT